Opinion issued February 3, 2015



In The

# Court of Appeals

For The

## First District of Texas

_____

### NO. 01-14-00211-CV

_____

**CROWN COMMUNICATION LLC D/B/A CROWN COMM LLC,**
**Appellant**

**V.**

**T10 UNISON SITE MANAGEMENT LLC AND**
**THE ESTATE OF CHARLOTTE MCGREW, Appellees**

---

On Appeal from the 25th District Court
Colorado County, Texas
Trial Court Case No. 23350

---

## MEMORANDUM OPINION

Appellant, Crown Communication LLC, has filed a motion to dismiss this appeal. More than ten days have elapsed since the filing of the motion, and no party has objected to dismissal. *See* TEX. R. APP. P. 10.3(a). No opinion has issued

in this appeal. Accordingly, we grant the motion and dismiss the appeal. *See* TEX.

R. APP. P. 42.1(a)(1). We dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Bland and Huddle.